Jerry LOCKLEAR, Plaintiff–Appellant,

v.

James D. ENGLEMAN, Defendant–
Appellee.

No. 00–7690.

United States Court of Appeals,
Fourth Circuit.

Submitted May 10, 2001.

Decided May 23, 2001.

Jerry Locklear, pro se.

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

Jerry Locklear, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Locklear v. Engleman,* No. CA–00–616–BO (E.D.N.C. Oct. 25, 2000). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*